<u>AFFIDAVIT</u>

Christian Jardin, having been duly sworn, state as follows:

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and am assigned to ATF's Providence office.  I have been a Special Agent with ATF since 2001.  Based on my training and experience as an ATF Special Agent, I am familiar with federal firearms and narcotics laws.  As an ATF Special Agent, I have been involved, either as lead agent or as a member of an investigative team, in numerous firearms and narcotics investigations, including matters in which I have managed searches and arrests.   I submit this affidavit in support of:

    a)  a warrant to search the second floor apartment, basement and detached two car garage of 14 Redfern Street in North Providence, Rhode Island, which is further described as an off white three story residence, with four front cement steps leading up to two white front doors with number "14" in between both front doors. The dwelling features a detached two car garage. The dwelling also has a side entrance towards the rear and a metal chain link fence in front of the residence.

    b)  the person of Rebecca Beauchamp (born October 1984),

    c)  a 2012 Silver Lincoln SUV bearing RI Registration (1CL193), (VIN# 2LMDJ8JK9CBL00118),

    d)  the cellular telephone assigned call number (401) 692-8822 ("Cell Phone #1"), which is believed to be Rebecca Beauchamp's cellular telephone,

    e)  The cellular telephone assigned call number (401) 300-8932 ('Cell Phone #2"), which is believed to be Ronald Kramer's cellular telephone.

2.      The information in this affidavit is based on my investigation as well as information provided by other law enforcement agents.  This affidavit is intended to show that there is sufficient basis for the requested warrant and does not set forth all of my knowledge about this matter.

3.      For the reasons set forth below, there is probable cause to believe that Ronald KRAMER (born June 1984) (hereinafter, "KRAMER"), Rebecca BEAUCHAMP (born October 1984) (hereinafter, "BEAUCHAMP"), Davith HOY (born January 1980) (hereinafter, "HOY") were engaged in a conspiracy to distribute amphetamines as well as distributed amphetamines in violation of 21 U.S.C. § § 841(a)(1) and 846. There is also probable cause to believe that KRAMER possessed a firearm after he was previously convicted of a felony in violation of 18 U.S.C.  § § 922(g)(1).

## Probable Cause

## Introduction

4.      On February 18, 2021, Ronald KRAMER (born June of 1984), was arrested by the Providence Police Department after a motor vehicle stop that occurred in the vicinity of 310 Hawkins Street Providence, RI (KRAMER'S residence). At the time of his arrest, KRAMER was with a woman identified as Rebecca BEAUCHAMP (born in October of 1984), with a cell phone # 401-692-8822 ("Cell Phone #1"). KRAMER was charged with violations of Rhode Island General Laws including Resisting arrest, § 12-7-10   Driving under the influence, § 31-27-2, Obstructing an officer in his duties, § 11-32-1 and Driving while license suspended § 31-11-18.

5.      I have reviewed Rhode Island Sixth Division District Court Docket No. 61 2021-01557 and learned that on February 18, 2021, KRAMER was convicted of Driving under the influence of Liquor - .08 to .10 - 1st Offense and Resisting Legal or Illegal Arrest. KRAMER was sentenced on February 18, 2021 to one year imprisonment with forty five days to serve with the balance suspended.

6.      I have reviewed additional state court records revealing that KRAMER has previous felony convictions for the following violent crimes:

a. First degree robbery (P1-2003-1329A)  entered a plea of nolo contendre 09/27/2013 sentenced to 15 years imprisonment and ordered to serve the first six years with the balance suspended and probation.

b. Breaking and entering/domestic (P2-2013-0084ADV) entered a plea of nolo contendre 09/27/2013 sentenced to 5 years imprisonment. Sentence suspended with concurrent term of probation.

c. Violation of a no contact order/3rd offense (P2-2013-2704ADV) entered a plea of nolo contender 09/27/2013 sentenced to 10 years imprisonment and ordered to serve the first 4 year with the balance suspended and probation.

d. Felony Assault (P2-2018-0176A) entered a plea of nolo contendre 01/23/2019 sentenced to 3 years imprisonment, ordered to serve the first year of the sentence with the balance suspended with probation.

e. Violation of a no contact order/3+offense (K2-2018-0833A) entered a plea of nolo contendre November 21, 2018.  Sentenced to 3 years imprisonment, ordered to serve the first year of the sentence with the balance suspended with probation.  Further, I have reviewed Rhode Island Department of Corrections records and learned that Rebecca BEAUCHAMP with call number 401-692-8822 is listed as KRAMER'S friend and emergency contact. BEAUCHAMP has visited KRAMER at the ACI during various periods of his incarceration.

7.      On February 18, 2021, shortly after KRAMER was remanded to custody, David Perry an investigator with the Rhode Island Department of Corrections, was alerted by another investigator with the Rhode Island Department of Corrections who was randomly monitoring inmate outgoing recorded jail calls about an outgoing call placed by KRAMER.  David Perry listened to the call and heard KARMER ask the female he was speaking to "did you get my gun?"  Investigator Perry is assigned to the United States Bureau of Alcohol Tobacco, Firearms and Explosives (ATF) Task Force. He was aware that by virtue of his criminal history, KRAMER was likely statutorily prohibited from possessing a firearm.  Investigator Perry alerted me to the call and I thereafter requested access to KRAMER's recorded jail calls.

8.      During my review of a February 18, 2021, call between KRAMER and his girlfriend,  Rebecca BEAUCHAMP,  I listened to the call and heard BEAUCHAMP tell KRAMER to continue to file his unemployment claims while he was incarcerated. KRAMER then began to provide BEAUCHAMP with his social security number. At (2:26) BEAUCHAMP told KRAMER "your social." KRAMER replied "yup." BEAUCHAMP then said, "I have that, I have your social and your birth certificate." KRAMER replied "Ohh, okay, how?" BEAUCHAMP said, "because when I was talking to, I texted Ernie last night, he never answered until this morning and he said you got to meet me at his house, we have to get important shit out of there just in case." KRAMER replied, "did you get my gun? oh, I mean like" and BEAUCHAMP replied "yup". KRAMER then said "yup, did you take the bullets out of it" and BEAUCHAMP replied, "everything's all set". KRAMER said "huh" and BEAUCHAMP said, "it's all set" and KRAMER replied "alright".   Based upon KRAMER's criminal history he is a prohibited person and possession of a firearm constitutes a violation of federal law.

9.      Later in this same call, KRAMER expressed his desire that BEAUCHAMP continue to operate his amphetamine delivery business.  KRAMER was heard explaining to BEAUCHAMP how to contact his source of supply (SOS) for Adderall pills and explained to BEAUCHAMP that the SOS charges two hundred dollars for one hundred Adderall Pills.

10.     During a subsequent telephone call on February 18, 2021, between KRAMER and BEAUCHAMP, KRAMER confirmed with BEAUCHAMP that BEAUCHAMP had possession of KRAMER's cellular telephone.

11.     Still later on February 18, 2021, KRAMER engaged in a telephone conversation with  BEAUCHAMP during which he arranged to have BEAUCHAMP call KRAMER's source of supply for amphetamines which he referred to as "Addy" or Adderall.  During that call I heard BEAUCHAMP notify KRAMER's source of supply, later identified as Davith HOY, that KRAMER had been incarcerated for forty-five days and that during his absence, BEAUCHAMP would be servicing KRAMER's amphetamine customers.

12.     Based upon the recorded call, along with call detail records secured from the Rhode Island Department of Corrections, I secured call records related to 401-300-8932.  ATF Intelligence Research Specialist (IRS) Haley is assisting me in this investigation.  IRS Haley analyzed call data records for call number 401-300-8932 (KRAMER'S cell phone) and determined that on 02/18/21, at 4:15pm, a call was placed from call number 401-300-8932 to call number 401-649-3141. Subscriber records reveal that call number 401-300-8932 is in the name of BEAUCHAMP with an address of 14 Redfern Street North Providence, RI.  Subscriber records reveal that call number 401-649-3141 is in the name of Davith HOY with an address of 17 Victory Street Cranston, RI.  From this data I tentatively identified HOY as KRAMER's SOS.

13.     During recorded calls between BEAUCHAMP and KRAMER, I heard KRAMER identify his customers using their first names and providing brief descriptive information.  KRAMER provided BEAUCHAMP information as to what his customer's general drug needs were, pricing scheme and frequency of purchases.  During subsequent recorded jail calls I heard BEAUCHAMP provide status updates to KRAMER as to her drug sales and efforts to continue KRAMER's distribution operation.  BEAUCHAMP was recorded reporting back various customer's responses to her efforts to reach out to them and continue delivering drugs to them.  For example, On February 18, 2021 at 4:33 p.m., KRAMER, using the ACI recorded lines, called BEAUCHAMP at 401-692- 8822. I listened to the call and learned that during the call (15:01) BEAUCHAMP told KRAMER "alright, everybody's just responding now." KRAMER replied "cool." BEAUCHAMP then said "Lisa, Lisa wants to know if twenty or thirty is okay tomorrow." KRAMER replied "alright, so, no matter what, that cover's a hundred, you understand." BEAUCHAMP replied, "twenty to thirty?" KRAMER replied "twenty covers a."  BEAUCHAMP then said "because, and then there's still some left? No, a hundred is two right?" KRAMER replied "yes."

14.     On February 18, 2021 at 4:55 p.m., KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692-8822. I listened to the call and learned that during the call (1:27) KRAMER asked BEAUCHAMP "umh, did you take those out of that like I told you to?" BEAUCHAMP replied, "take those out of it?" KRAMER replied, "my thing." BEAUCHAMP replied "no, I haven't gotten it upstairs yet, why there's more because I found the ones that were in the glove." KRAMER replied, "in the what? yeah, there inside it." BEAUCHAMP replied, "there inside the glove." KRAMER then said, "there inside of it!" BEAUCHAMP replied, "so there's more because there's some in the glove?" KRAMER then said, "there's some in the glove, those are extra, there's six inside it." BEAUCHAMP then said "okay, okay, I will get that, I haven't unloaded, I haven't even unloaded the Jeep yet."

15.     Through my experience and training, I am aware that during the above described call KRAMER told BEAUCHAMP to unload six rounds of ammunition from his firearm. I also learned that BEAUCHAMP located additional rounds of ammunition inside of a glove.

16.     On February 18, 2021 at 5:30 p.m., KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692-8822. I listened to the call and learned that during the call (12:05) KRAMER told BEAUCHAMP "when you go in the truck make sure that you get that out before the kids go in there." BEAUCHAMP replied, "they're not going to find it." KRAMER replied "alright, I'm just making sure." BEAUCHAMP repeated "they're not going to find it." KRAMER then said "alright" and BEAUCHAMP said, "I was scared enough having to put it in the car because there was no way I was leaving it there, I literally went, that's exactly what I went looking for". KRAMER replied, "yeah that's what I was going to call you for." BEAUCHAMP replied "yeah, you didn't need to." KRAMER then said, "you're good like that." BEAUCHAMP told KRAMER "I went looking for that and then right after that I went digging for your social and your birth certificate." KRAMER replied, "top left drawer in my dresser." BEAUCHAMP replied "Yup, found it." KRAMER replied, "I know."

17.     Based upon my experience and training, I am aware that during the above described call that KRAMER told BEAUCHAMP to remove his firearm from the vehicle to make sure the kids didn't find it.

18.     The following day, February 19, 2021, KRAMER continued to have telephone contact with BEAUCHAMP.  The two continued to engage in conversations related to BEAUCHAMP servicing KRAMER's drug customers drug needs including providing Xanax pills to an individual they identified as Chris Hokage.  During the call, KRAMER told BEAUCHAMP that she needed to contact the customers "every day." During the call, BEAUCHAMP told KRAMER that she was going to "hit up 'A' on my way home and do that on my way home."  Through my review of numerous

conversations between BEACHAMP and KRAMER, coupled with my experience and training, I was able to conclude that "A" was a reference to the source of supply, eventually identified as Davith HOY.  The "A" was an apparent reference to HOY's ability to furnish Adderall.

19.     During the same February 19, 2021 call, the two again discussed a firearm. BEAUCHAMP told KRAMER that an unknown third party "was looking for a clean thing."  BEAUCHAMP reported that this unknown person had sent a picture of "a bomb and a gun."  KRAMER then said " ... tell him there's a twenty two, you can get rid of that but he can come and pick it up, you don't have to go nowhere, say I got twenty two with food." BEAUCHAMP repeated "twenty two with food" and KRAMER said "yeah, you know what I'm talking about?" BEAUCHAMP replied "yup."  Based upon my review of that call and numerous other calls between the two, coupled with the context of the call and my experience and training, I concluded that BEAUCHAMP had reported to KRAMER that drug customer, Chris Hokage had made inquiry into KRAMER's ability to furnish him a firearm.  In response KRAMER instructed BEAUCHAMP to tell Chris Hokage that KRAMER has a .22 caliber firearm with ammunition for sale. I know that the word "food" when referencing firearms means ammunition.

20.     Still later in the same call, KRAMER instructed BEAUCHAMP that she should tell Chris Hokage, "I'll do it for three but that's the best. I paid, I paid three fifty but I've had it for a while." BEAUCHAMP then said, "I'm talking about Chris, we're talking about Chris." KRAMER replied, "I know, I know." BEAUCHAMP replied "three." KRAMER replied, "tell him three is the best I'll do on it."  Based upon this call, I was able to conclude that KRAMER was willing to sell his .22 caliber handgun for $300.

21.     I reviewed yet another call between KRAMER and BEAUCHAMP that related to the proposed firearm sale.  On February 20, 2021, at 8:17 a.m., KRAMER, using the ACI recorded lines, called BEAUCHAMP at  401-692-8822. I listened to the

call and during the call (0:52) I heard KRAMER ask BEAUCHAMP "did Chris ended up taking that or no?" BEAUCHAMP replied "no, he said uhm, he would of, he'd get back to me either last night or today or whatever, he asked if I could hold it for him and I was like well it's not gonna be around very long so he's like alright well, then he said he would let me know either last night or today and I haven't heard from him at all."

22.     Later on, February 20, 2021, KRAMER instructed BEAUCHAMP "just message Chris and be like what's up with that thing you want it or no?" BEAUCHAMP replied, "that's that Hokage kid, yes, it is."  Based upon my experience and training coupled with my involvement in this case including my review of KRAMER's jail calls I have concluded that during the above described call, KRAMER asked BEAUCHAMP to message Chris Hokage and ask him if he is still interested in purchasing the firearm.

23.     Once I had determined that KRAMER possessed a firearm and was attempting to sell it to a drug customer, I considered undercover investigative measures in which the ATF could safely take custody of the firearm.  ATF TFO Perry advised me that  one of the inmates who provides him with information on a confidential basis (CI) had access to KRAMER and was able to engage in criminal conversations with him. TFO Perry was aware that KRAMER was in possession of a firearm and had engaged in conversations related to the sale of the firearm through his girlfriend, BEAUCHAMP. TFO Perry asked his CI to see if KRAMER wanted to sell his firearm that was now with BEAUCHAMP. The CI reported that KRAMER has a Smith and Wesson Revolver with bullets that he is willing to sell for 300 dollars. TFO Perry instructed the CI to tell KRAMER that the CI has a buyer for the firearm named "Anthony" and the call number for the buyer is 508-905-6252. In furtherance of my investigation into KRAMER's unlawful possession of a handgun as a prohibited person, I enlisted the assistance of ATF TFO Lavar Gilbert to pose as the purported buyer of the gun.

24.     On February 21, 2021, at 3:11 p.m., KRAMER, using the ACI recorded

lines, called BEAUCHAMP at  401-692- 8822. I listened to the call and during the call heard (1:10) KRAMER ask BEAUCHAMP "do you got my phone with you?" BEAUCHAMP replied "yes" and KRAMER said "wanna take a number down?" BEAUCHAMP replied "umh" and KRAMER explained "it's for that thing." BEAUCHAMP replied "ohh, yeah, Bug, text me, go ahead." KRAMER replied, "what's the number, 508." BEAUCHAMP repeated "508." KRAMER then said "905, 905" BEAUCHAMP repeated "905" KRAMER then said "6252" and BEAUCHAMP repeated "6252" KRAMER then said "yup, his name is Anthony." BEAUCHAMP repeated "Anthony." KRAMER said "huh, just Ant." BEAUCHAMP then asked, "who's sending, who's sending me?" KRAMER then asks "want me to tell him you told him to call? What's your name, Banger?" KRAMER then told BEAUCHAMP "tell him Banger had you message him or call him, don't message, call, tell him Banger had you hit him up and then tell him what it is and then make sure if anything wipe it all down and everything." BEAUCHAMP replied "yeah, no shit." KRAMER replied "yeah, I'm just telling you, just do that and let me know what happens, but do it soon though." BEAUCHAMP replied "okey dokey, well, I'm almost home, I'm almost home, I'm almost home, I just pulled down my street." KRAMER then said, "she knows all about it because someone else wanted it yesterday." Later in the call (2:38) KRAMER told BEAUCHAMP "when you do it be smart, that's all." BEAUCHAMP replied, "I know."

   25. That same day day, February 21, 2021, BEAUCHAMP using 401-300-8932, KRAMER's cell phone,  sent text messages to an undercover cellular telephone number being used by TFO Gilbert, 508-905-6252, the number the CI supplied KRAMER representing him to be a man interested in buying the handgun.  In the text message exchanges BEAUCHAMP and TFO Gilbert arranged to meet the following morning to complete the sale.

   26. On February 22, 2021 at 6:37 a.m. BEAUCHAMP initiated text

communications with TFO Gilbert using KRAMER's cellular telephone 401-300-8932. The two discussed meeting and how the sale would take place.

27.     At 7:55 a.m. February 22, 2021, TFO Gilbert, who was equipped with audio and video recording devices, arrived in the Dunkin Donuts parking lot operating a government vehicle and parked next to BEAUCHAMP. TFO Gilbert exited his government vehicle and entered the front passenger seat of BEAUCHAMP'S red Jeep. Soon after entering the red Jeep, BEAUCHAMP exited the parking lot with TFO Gilbert and went for a short ride with TFO Gilbert (right hand turn onto East Street, right hand turn onto Broadway, right hand turn onto Carnation St, right hand turn onto Fountain, reentered the Dunkin Donuts parking lot.)

28.     Soon after TFO Gilbert entered the red Jeep, BEAUCHAMP told TFO Gilbert "it's in the shoe box in the back seat, on the floor" TFO Gilbert then retrieved a Black Nike Air Force 1 shoe box and observed a black handgun in the shoe box. TFO Gilbert then provided BEUACHAMP with three hundred dollars of prerecorded funds. TFO Gilbert asked BEAUCHAMP how many rounds were with the firearm and BEAUCHAMP said that she wasn't sure but there was "something in each shirt". BEAUCHAMP also said that "and I'm pretty sure he said it's full, it's loaded too…"

29.     TFO Gilbert asked BEAUCHAMP if she could get additional firearms and She said, "I can ask, I don't know." During the meeting, BEAUCHAMP told TFO Gilbert that she can obtain Weed, Adderall, and Xanax pills. BEAUCHAMP told TFO Gilbert that she was mad at KRAMER because she works a full time job and this was "his job". BEAUCHAMP told TFO Gilbert that she buys Adderall pills by the "hundreds" and there are certain people that will buy "full packs" and others buy small quantities. BEAUCHAMP told TFO Gilbert that she sold seven pills earlier this morning before meeting with TFO Gilbert. TFO Gilbert asked BEAUCHAMP if she would sell him a "hundred pack" and BEAUCHAMP said that she would ask "him" what he

wants to do because she "follows whatever direction he gives me." BEAUCHAMP told TFO Gilbert that KRAMER would be out of prison by April 01, 2021.

30.     BEAUCHAMP returned TFO Gilbert to the Dunkin Donuts parking lot at 7:58 a.m. and dropped of TFO Gilbert. BEAUCHAMP then exited the parking lot and drove away. TFO Gilbert reentered his government vehicle and drove back to a prearranged location where he provided me with the Black Nike Air Force 1 shoebox.

31.     While wearing gloves, I opened the shoe box and observed clothing and a plastic bag covering a firearm. I examined the firearm and determined it to be a Smith & Wesson Revolver Model 17 bearing serial number K337423. I observed a blue plastic glove in the shoe box that contained six rounds of .22 ammunition. I observed a brown plastic glove in the shoe box that contained twelve rounds of .22 ammunition.

32.     The firearm and ammunition were examined by an ATF Interstate Nexus Expert who determined that the firearm and ammunition were manufactured outside the state of Rhode Island.

33.     During TFO Gilbert's meeting with BEAUCHAMP he broached the topic of possibly purchasing amphetamines from BEAUCHAMP.  During a call between BEAUCHAMP and KRAMER following the delivery of the .22 caliber handgun, BEAUCHAMP reported to KRAMER that TFO Gilbert was interested in purchasing "A," what I knew to be a code for Adderall, an amphetamine.  BEAUCHAMP reported that TFO Gilbert wanted the drugs "by the pack."

34.     Subsequent to that call, on February 22, 2021, BEAUCHAMP, using KRAMER's cellular telephone, text messaged TFO Gilbert's undercover cellular telephone and agreed to sell him amphetamines.   BEAUCHAMP later reported to KRAMER that she had arranged a sale of amphetamines to TFO Gilbert.  During the same call, BEAUCHAMP discussed other of KRAMER's amphetamine customers and her success in maintaining KRAMER's drug distribution business. She reported to KRAMER that it was not yet necessary to meet with their source of supply in that she

had sixty three pills remaining.  When the two returned to the topic of the delivery of amphetamines to TFO Gilbert, a new customer, KRAMER provided BEAUCHAMP with instructions concerning how to safely carry out the transaction.  KRAMER then instructed BEAUCHAMP (15:40) "have him get in, use the middle console, hand me that and then it's right there for you, you know what I mean." BEAUCHAMP replied "umh hum, that's what I did, well, that's kinda what I did earlier, except it was in a box in the back seat." KRAMER replied "Yeah, you know what I mean, just be smart, look around, pay attention." BEAUCHAMP replied, "I was, you would be proud of me." BEAUCHAMP explained to KRAMER that TFO Gilbert wanted her to get into his car and she had TFO Gilbert get into her car. She also told KRAMER that she went for a ride with TFO Gilbert.

35.     On February 23, 2021, BEAUCHAMP, using KRAMER's cellular telephone, sent a text message to TFO Gilbert inquiring as to whether they were still meeting the following day.  The two agreed to meet.  The next morning, following the exchange of text messages, BEAUCHAMP engaged in a recorded jail call with KRAMER during which she reported that she was meeting with TFO Gilbert to deliver the amphetamine.  KRAMER instructed her "to be very smart."  In that same call BEAUCHAMP updated KRAMER as to her drug sales including a delivery of twelve pills to KRAMER's cousin,  Wayne.

36.     Subsequent to this conversation, BEAUCHAMP became worried about meeting with TFO Gilbert and sent him a text message cancelling the deal.  During another recorded call with KRAMER, BEAUCHAMP reported what she had done.  The two then discussed KRAMER's intention to meet with their source of supply to replenish.  The two discussed the source of supply who KRAMER described as Asian and who BEAUCHAMP commented was "almost fifty."

37.     The following day, February 25, 2021, BEAUCHAMP text messaged TFO

Gilbert from KRAMER's cellular telephone.  During the text exchange, BEAUCHAMP falsely told the undercover that she had found an alternate source of supply for amphetamine and that she could supply him with $650 worth of drugs.  TFO Gilbert later cancelled the deal claiming family related issues necessitated his leaving town.  I have reviewed additional recorded jail calls between KRAMER and BEAUCHAMP. Many involved the two discussing their amphetamine distribution business.  One such call occurred on February 28, 2021, when KRAMER called BEAUCHAMP at her cell phone number 401-692-8822.  During the call BEAUCHAMP reported to KRAMER that later in the day she had to meet "A" because he was leaving for "a day or so."  Based upon this investigation, my review of prison calls between KRAMER and BEAUCHAMP, the execution of a federal search warrant and my review of electronic evidence seized from Davith HOY's cellular telephone, I know that "A" is Davith HOY.

38.      On March 1, 2021, BEAUCHAMP reinitiated contact with TFO Gilbert. BEAUCHAMP, using call number 401-300-8932, messaged with TFO Gilbert who was using call number 508-905-6252. The following is the conversation that occurred between BEAUCHAMP and TFO Gilbert.

>  5:12pm, TFO Gilbert messaged BEAUCHAMP "You good ???"
>
>  5:43pm, BEAUCHAMP messaged TFO Gilbert "Sorry been trying to grab some so didn't respond. I'll let you know"
>
>  5:45pm, TFO Gilbert messaged BEAUCHAMP "Aight bet"
>
>  9:37pm, TFO Gilbert messaged BEAUCHAMP "Aight let me know I can swing through tomorrow"

39.      On March 02, 2021, KRAMER called BEAUCHAMP. During the call (3:16) BEAUCHAMP raised the topic of their new customer, TFO Gilbert.  BEAUCHAMP told KRAMER "I don't know, I feel like maybe the Mass guy might be good for you when you get out I just, I just don't, I don't like the fact that it's not your person and I don't have your backup on it." KRAMER replied,

"my what" and BEAUCHAMP explained "it's not you saying it's okay." KRAMER replied "well I just don't want to put you in a situation that's the only thing, that's the only thing I'm worried about, I don't care what you do, it's up to you but I don't want you to be in a situation I'm not there." BEAUCHAMP explained that the only reason why she thinks she doesn't like TFO Gilbert is because he's not KRAMER'S "person." KRAMER told BEAUCHAMP that he's concerned that he's not there to make sure she is okay. KRAMER ultimately said, "if you're not good say no, it's fine."

40.     The same  day, March 2, 2021, BEAUCHAMP, using KRAMER's cellular telephone, engaged in text message exchanges with undercover officer, TFO Gilbert, arranging for TFO Gilbert to purchase amphetamines from her.  The two agreed to meet at the Dunkin Donuts restaurant.  On March 2, 2021, at 11:20 a.m.  SA Delany conducted surveillance of BEAUCHAMP's residence, 14 Redfern Street North Providence, RI. At approx.11:30 a.m., SA Delaney observed a Silver Lincoln SUV bearing a RI Temp. Tag (108593) arrive at the residence and park on the street in front of the residence. A few minutes later, SA Delaney observed BEAUCHAMP exit the driver's seat of the vehicle and walk along the driveway towards the rear of 14 Redfern Street. SA Delaney photographed the Lincoln on the street in front of BEAUCHAMP'S residence.  It should be noted that I reviewed several prison calls between BEAUCHAMP and KRAMER during which they discussed BEAUCHAMP's recent purchase of a silver Lincoln SUV.

41.     Later in the day,  detectives were conducting surveillance of 14 Redfern Street North Providence, RI. At 3:01 p.m., detectives observed BEAUCHAMP arrive at 14 Redfern Street driving a Silver Lincoln with a temporary tag. Detectives observed an unidentified female enter the front passenger seat of the Lincoln. Detectives followed the Lincoln as it traveled to meet with TFO Gilbert. Detectives were assisted by PPD Detectives Costigan and Pendergrass as the Lincoln exited 95 at exit 29 and traveled to the Dunkin Donuts Parking lot.

42.     Soon after TFO Gilbert entered the Silver Lincoln, BEAUCHAMP asked TFO Gilbert "wanna go around the block again?" BEAUCHAMP then exited the Dunkin Donuts Parking lot with TFO Gilbert. The female front seat passenger handed TFO Gilbert a clear plastic bag containing suspected Adderall pills. TFO Gilbert then handed BEAUCHAMP six hundred fifty dollars of prerecorded US Currency. BEAUCHAMP handed the money to the front seat passenger who counted the money. During the transaction, TFO Gilbert asked BEAUCHAMP if he would get a better deal if he purchased four or five hundred Adderall pills. BEAUCHAMP told TFO Gilbert that he would get a discount if he purchased larger quantities of Adderall pills and told TFO Gilbert "he said if you get two he'll do six apiece." BEAUCHAMP told TFO Gilbert that she would talk to KRAMER in a little while and "when I talk to him, I'll ask what deal he can do if you're doing that many at a time." BEAUCHAMP told TFO Gilbert that the Silver Lincoln was her new vehicle and that is the vehicle she would be operating.

43.     TFO Gilbert later reviewed a RIDL photograph of Yasmin GUINDON DOB: 10/01/1999 as well as Facebook photos of Yasmin GUINDON and concluded that Yasmin GUINDON was the front seat passenger.

44.     PPD Boudreault was conducting video surveillance of the agreed upon meeting location (Dunkin Donuts 109 East Street Pawtucket, RI.) At 3:24pm, PPD Boudreault observed BEAUCHAMP arrive at the Dunkin Donuts parking lot operating a Silver Lincoln. TFO Gilbert, who was equipped with audio and video recording devices, observed BEAUCHAMP arrive at the meeting location with a female front seat passenger. TFO Gilbert then exited his government vehicle and entered the rear passenger seat of BEAUCHAMP'S Silver Lincoln.

45.     Surveillance units followed BEAUCHAMP while she was with TFO Gilbert (right hand turn onto East Street, right hand turn onto Broadway, right hand turn onto Carnation St, right hand turn onto Fountain, reentered the Dunkin Donuts

parking lot.) BEAUCHAMP returned TFO Gilbert to the Dunkin Donuts Parking lot at 3:29pm.

46.     TFO Gilbert then drove to a prearranged meeting location and turned over the purchased Adderall pills to TFO Smith. TFO Smith informed me that the purchased pills weighed 38.95 grams and totaled 96 pills. TFO Smith reported that a sample of the pills tested positive for the presence of Amphetamines. I know that Amphetamines are a schedule II controlled substance.

47.     On March 3, 2021, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call during which BEAUCHAMP told KRAMER that she acquired the thousand Adderall pills from the SOS and she purchased a black safe to hold the pills. The safe has a key and push buttons. KRAMER asked BEAUCHAMP if she has heard from "Crystal" and BEAUCHAMP told KRAMER that she has contacted Crystal a few times and she has not acquired any. KRAMER asked BEAUCHAMP the status of the account and BEAUCHAMP replied, "probably three thousand." KRAMER asked BEAUCHAMP if she counted the pills she received from the SOS. BEAUCHAMP said not yet but she would. BEAUCHAMP told KRAMER that this time she met with the SOS'S wife at 2:00pm because the SOS'S wife had a chiropractor appointment. During the call, KRAMER told BEAUCHAMP to advertise on Snap Chat because she has a lot of pills right now. BEAUCHAMP told KRAMER that the safe cost about thirty five dollars and it's a Black Sentry Safe that beeps when you enter in the code. At the end of the call BEAUCAHMP told KRAMER that she was going to count the pills and they were in individual bags of one hundred.

48.     On March 8, 2021, BEAUCHAMP, using KRAMER's cellular telephone, engaged in text message exchanges with TFO Gilbert during which the two discussed a second purchase of amphetamines.  The two discussed pricing, quantity and meet location.

49.     On March 10, 2021, at 9:05 a.m., Police officers assisting in this investigation initiated a surveillance of BEAUCHAMP'S residence, 14 Redfern Street North Providence, RI. At 9:05 a.m., detectives observed BEAUCHAMP'S Silver Lincoln bearing a temporary tag parked on the street in front of the residence.  At 9:25am, BEAUCHAMP and a male who was later identified as Justin GUINDON AKA "Bug" (DOB: 01/23/02) were observed walking from the residence and entering the Silver Lincoln. Detectives followed the Silver Lincoln as it traveled to the Dunkin Donuts drive thru located at 39 Putnam Pike Johnston, RI.

50.     At approximately 09:30 a.m., SA Ventetuolo established surveillance of 17 Victory Street, Cranston, RI. This is the residence of the SOS for the Adderall pills (Davith HOY, DOB: 01/22/1980, FBI# 60285AB9). At this time, SA Ventetuolo observed a White Acura MDX bearing Rhode Island registration JN-273 and Green Subaru bearing RI registration KR-424 parked in the driveway of the residence. TFO Melfi later joined SA Ventetuolo surveilling 17 Victory Street, Cranston, RI.  I conducted registration queries of the White Acura and the Green Subaru described above and learned that both vehicles are actively registered to Davith HOY DOB: 01/22/1980 with a registered address of 17 Victory Street, Cranston, RI.  I conducted a criminal history query of HOY and learned that he has 17 prior charges and a previous felony conviction for robbery with a dangerous weapon. I also noted a caution from the North Carolina Department of Corrections where HOY was previously incarcerated and learned that they have listed HOY as a Tiny Rascal Gang Member.  The Tiny Rascals are a street gang involved in a variety of criminal offenses including drug trafficking.

51.     At approximately 9:54 a.m. BEAUCHAMP, using KRAMER's cellular telephone, contacted TFO Gilbert and engaged in a text message exchange confirming that TFO Gilbert was still planning on meeting BEAUCHAMP to complete a drug purchase.  Surveillance officers followed BEAUCHAMP's silver Lincoln SUV from Dunkin Donuts to the area of Clemenceau Street in East Providence, RI where the

vehicle entered an industrial area. About a minute later, the vehicle exited the industrial park and was followed directly to the Ocean State Plaza located at 401 Reservoir Ave, Providence, RI. At 10:15 am, the Silver Lincoln Parked in the Ocean State Plaza parking lot between the Family Dollar and the T-Mobile. Surveillance officers photographed the Silver Lincoln waiting in the Ocean State Plaza.

52.     At approximately 10:09 a.m., SA Ventetuolo observed and photographed a short, stocky Hispanic male emerge from the rear of 17 Victory Street wearing jeans, a black shirt, and a black hat.  SA Ventetuolo observed this male entering and exiting an unknown red vehicle parked at 17 Victory Street behind the Subaru.

53.   At approximately 10:14 a.m., SA Ventetuolo observed and photographed a taller Asian male with a black and grey beard emerge from the rear of 17 Victory Street wearing a black hooded sweatshirt over a black t-shirt with white writing and a grey knit cap.  This male appeared to be looking at a phone.  The two males spoke for several minutes before the taller male entered the driver's side front seat of the White Acura MDX.

54.     At approximately 10:20 am, the White Acura MDX left 17 Victory Street traveling on Victory Street towards Legion Way.  TFO Melfi observed the MDX in the area of Legion way and Reservoir Avenue.  The short Hispanic male continued to walk around the driveway and red vehicle parked at 17 Victory Street.

55.     Surveillance officers followed the White Acura MDX from Reservoir Ave to the Ocean State Plaza where, at 10:23 a.m., it backed in next to BEAUCHAMP'S silver Lincoln. BEAUCHAMP was observed exiting her vehicle and entering the front seat of the White Acura MDX. About a minute later, BEAUCHAMP exited the White Acura MDX and entered her Silver Lincoln. The White Acura MDX and the Silver Lincoln both exited the parking lot. PPD Graham Video recorded the meeting between BEAUCHAMP and the Asian male identified as HOY.

56.     At approximately that same time, BEAUCHAMP text messaged TFO

Gilbert to report she was on her way to the drug deal.  From my review of the recorded jail calls between KRAMER and BEAUCHAMP, coupled with my review of the reports of other agents and task force officers, along with the results of the execution of a federal search warrant at 17 Victory Street in Cranston, Rhode Island, the home of HOY, I know that BEAUCHAMP received a supply of amphetamines from HOY and then intended to distribute amphetamines to TFO Gilbert.

57.     In anticipation of the drug transaction occurring at the Dunkin Donuts located at 109 East Street in Pawtucket, surveillance officers established a position at that location.  During their surveillance the officers observed BEAUCHAMP arrive at the Dunkin Donuts and pull into a parking spot next to TFO Gilbert.  TFO Gilbert exited his vehicle and entered BEAUCHAMP's silver SUV.  At that point, a male passenger in the vehicle with BEAUCHAMP, delivered a small box containing amphetamines to TFO Gilbert.  That individual was identified as BEAUCHAMP's son.  The delivery occurred after BEAUCHAMP asked TFO Gilbert if he wanted to go for a ride.  TFO Gilbert indicated that a ride was not necessary after which the male handed TFO Gilbert a box containing pills that later field tested positive for amphetamines.  TFO Gilbert drove from Dunkin Donuts to a prearranged location where he met with TFO Smith and turned over a box containing six bags of orange colored pills.  TFO Smith weighed the pills and determined they weighed 206.38 grams.  TFO Gilbert received a total of 504 pills during that delivery.  The pills field tested positive for amphetamines.

58.     Subsequent to the delivery, BEAUCHAMP engaged in several recorded jail calls with KRAMER.  During those calls BEAUCHAMP provided KRAMER with detailed updates as to the progress of her drug distribution efforts including TFO Gilbert's expressing an interest in purchasing even larger quantities of the amphetamines.  During one such call KRAMER expressed concern about the amount of drugs TFO Gilbert claimed to want to purchase.  KRAMER at one point said, "Jesus Christ that's a lot" to which BEAUCHAMP replies "no joke". KRAMER then told

BEAUCHAMP "be careful" and she then replied, "yeah the only thing is I'm gonna be back to work I'm gonna have to meet him by myself". KRAMER then told BEAUCHAMP "I'm not ok with that especially with the amount." BEAUCHAMP replied "That's what I was thinking so I don't know. I'm gonna have to try and get him to meet me even earlier that way I can make Bug go with me and then still bring him home that way I can put the money in the safe and then go to work". KRAMER then said to BEAUCHAMP "that's a lot though I don't know if I trust that." BEAUCHAMP replied, "I don't know."  Based on a review of the undercover operation that was executed on March 10, 2021, I am aware that BEAUCHAMP made the offer of 2000 Adderall pills to TFO Gilbert for $300.00 dollars per 100 pills. During subsequent recorded jail calls I reviewed, KRAMER repeatedly expressed concern about TFO Gilbert and the risks associated with dealing with him. On March 16, 2021, at 10:00 a.m. KRAMER contacted BEAUCHAMP at her cell phone number 401-692-8822 and told her that he did not want her to go through with a large delivery to TFO Gilbert.  "So that other guy, I want you to not do that." BEAUCHAMP replied, "What guy?" KRAMER then said to BEAUCHAMP "The (inaudible) guy" and BEAUCHAMP replied, "Oh ok". KRAMER then told BEAUCHAMP "Just cause uhh it's just not worth it for me to risk it for you" and BEAUCHAMP replied "ok." KRAMER then told BEAUCHAMP "Just if anything tell him something happened with the guy, something I don't care you can tell him he got arrested for all I care" and BEAUCHAMP replied "Okie Dokie". KRAMER then told BEAUCHAMP "I just I'd rather you be safe than anything and I'm too concerned about it, and I don't want to have to think about it" and BEAUCHAMP responded "Ok". KRAMER then told BEAUCHAMP "You are not worth four thousand dollars lost."  This call evidences that fact that KRAMER continued to be the primary decision maker in his drug distribution business.

     59.     The recorded jail calls evidences KRAMER and BEAUCHAMP engaging

in an uninterrupted conspiracy from February 18, 2021 to present.  Those calls
demonstrate that KRAMER had a number of regular customers to whom he supplied
amphetamine pills.  Those calls further establish that KRAMER utilized social media
sites to promote the sale of amphetamine.  For example, on March 3, 2021, during a
recorded jail call, KRAMER asked BEAUCHAMP if she talked to "Nell."
BEAUCHAMP then repeated a Snap Chat message to KRAMER that "Nell" wanted
forty pills at eight dollars a pill.  During this same call, KRAMER told BEAUCHAMP
that she should put on Snap Chat "Addys on Deck."  He explained the more you
advertise the more money you make."  At the conclusion of the call KRAMER
instructed BEAUCHAMP to take advantage of a deal that the source of supply had
proposed.  During a later call also on March 3, 2021, KRAMER asked BEAUCHAMP if
she had posted on Snap Chat and BEAUCHAMP claimed she had but had not yet
received any responses.  She then reported that she was scheduled to meet the next day
with a customer, "Lisa" and "Lisa" wanted six.  During other phone calls the two
discuss additional customers including "Crystal" who pays using a cash application on
her cellular telephone, Dahilia, a frequent customer who KRAMER claimed he makes a
lot of money from,

60.     On March 19, 2021, at approximately 6:00 a.m. ATF agents executed a
federal search warrant at HOY's home located at 17 Victory Street Cranston, Rhode
Island.  Agents had identified HOY as KRAMER's source of supply.  Upon entering the
residence, agents encountered Davith HOY in a hallway in the home.  Agents also
located HOY's wife, Nicole along with three minor children.  HOY was detained.
During a search of the home agents located HOY's cellular telephone 401.649.3141 that
he had used to communicate with BEAUCHAMP.  In a kitchen cabinet above the
kitchen sink, agents located a Ninja Turtle backpack.  The backpack contained several
packages of pills.  The pills consisted of orange oval pills and orange round pills.  On an
enclosed porch, agents located a cup containing blue pills, a digital scale, a yellow

envelope containing suspected pill press parts, a small bag of marijuana, and a cardboard box containing blue pills in vacuum sealed plastic.  The orange pills field tested positive for amphetamines and the blue pills tested positive for fentanyl. Additional drug distribution related paraphernalia was located by agents in the basement.

61.     Despite the enforcement action targeting HOY, KRAMER and BEAUCHAMP continued forward with their drug operation.   On March 19, 2021, at 5:15 p.m., KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I  listened to the call and learned that during the call (9:20) KRAMER asked BEAUCHAMP how many pills "Wayne" acquired. BEAUCHAMP told KRAMER that he (Wayne)  purchased eight pills and he paid for half of the pills thru a cash app. During the call (10:30) KRAMER asked BEAUCHAMP if any other customers purchased pills and BEAUCHAMP replied that "Lisa" purchased thirty pills last night and "Dahlia" purchased fifty pills.

62.     Later in the call (11:55) BEAUCHAMP told KRAMER "yup I have to get a new envelope, I don't think I can really stuff anymore, I can't stuff anymore money." KRAMER replied, "I bet." BEAUCHAMP explained that it was a larger birthday card envelope and KRAMER replied, "there's over seven thousand dollars there so I mean you have to think of that." BEAUCHAMP then said that it was a little under that and KRAMER explained that BEAUCHAMP just received over seven hundred from the drug customers so there should be just over seven thousand. BEAUCHAMP explained to KRAMER that she writes on the envelope when she makes a deposit and keeps a running total on the envelope. KRAMER then told BEAUCHAMP that if she writes the cumulative total down on the envelope than she should know if she has seven thousand. BEAUCHAMP then explained to KRAMER that a lot of drug customers use cash app and she is waiting for the money to transfer, once the money has transferred, she withdraws the money form the bank for deposit in the envelope.

63.     Through the above call, I learned that BEAUCHAMP has accumulated approximately seven thousand dollars in drug proceeds that she stores in a large birthday card envelope at her residence. I also know from listening to other recorded jail calls that BEAUCHAMP purchased a Black Sentry Safe to store drugs and drug proceeds at her home.

64.     On 03/21/21, at 16:40, KRAMER, using the ACI recorded lines, called BEAUCHAMP at  401-692-8822.  I listened to the call and learned that during the call (2:48) KRAMER told BEAUCHAMP "umh, don't be callin' your friend for those anymore." BEAUCHAMP replied "okey dokey" KRAMER then said, "they got raided yesterday or this morning." BEAUCHAMP then said, "well that blows." KRAMER then said, "not really because you can talk to his brother." BEAUCHAMP replied "ohh" KRAMER then asked BEAUCHAMP "what are you at right now?" BEAUCHAMP replied "umh, I don't know I think there's a couple left." KRAMER replied, "a couple?" BEAUCHAMP later explained that she has four full one hundred count bags and the remainder of a fifty count bag. BEAUCHAMP then told KRAMER that no one has really hit her up and she met up with "Alesha and Crystal" yesterday.

65.     During the call (4:29) KRAMER told BEAUCHAMP "yeah I was watching the news this morning, all of a sudden it showed his house I'm like oh no." BEAUCHAMP replied, "oh great." KRAMER then said "yup, his truck, his house, everything." BEAUCHAMP then said, "that's not good." KRAMER replied "nope." BEAUCHAMP then said, "I don't even watch the news, it's not like it would have helped me at all." KRAMER replied "yeah, I know." BEAUCHAMP then laughed and said, "it wouldn't have helped me at all." KRAMER replied "no." BEAUCHAMP then said, "that's fine, I don't mind putting a hold on everything until you're done." KRAMER then said, "I'll just hit his brother up when I get out and be like hey, a, unless you run out first but we'll see what happens." BEAUCHAMP replied "well, I'm sure I

will but like, really, is that going to be a safe call to make?" KRAMER replied, "no you can wait, (inaudible) its only fuckin eleven days."

66.       On 03/22/21, at 08:05, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692-8822. I listened to the call and learned that during the call BEAUCHAMP was meeting with KRAMER'S cousin to deliver seventeen pills. BEAUCHAMP told KRAMER that his cousin orders pills and tells BEAUCHAMP how to separate the order. BEAUCHAMP explained that the order came in "two different ways this morning." BEAUCHAMP explained that she thought the order was originally "10, 2, 2, 4 but then it ended up being 10, 3, 3, 2" KRAMER then clarified that the total order was for eighteen pills and BEAUCHAMP agreed.

67.       During the call (4:52) KRAMER told BEAUCHAMP that if "Zoo" calls for Any pills tell her no. KRAMER explained that Zoo "…only gives three fifty for a whole thing so it's not even worth it." BEAUCHAMP replied "yeah, her and Dahlia." KRAMER then explained "well Dahlia gives three fifty for half so it's still worth it cause it's seven hundred for a whole thing if you get what I mean." BEAUCHAMP replied "oh" and KRAMER said "yeah." BEAUCHAMP told KRAMER that she is going back to East Providence on Wednesday because she told KRAMER'S cousin that she would not deliver a small order of only two pills. BEAUCHAMP explained to KRAMER that his cousin said there would be a larger order on Wednesday.

68.       BEAUCHAMP told KRAMER that there were only "two full one's" left plus a bag of singles and she would let "Alesha" know.  KRAMER then asked (6:04) "there's only two full ones?" and BEAUCHAMP replied "yeah, yeah". KRAMER then asked, "I thought you just said there was five?" BEAUCHAMP replied "no, I wasn't sure I told you, I didn't freakin' look, I was, I knew that there was a few left, but it was all the other extra bags cause…" KRAMER then told BEAUCHAMP that there should be more money if BEAUCHAMP only has two bags left. BEAUCHAMP then said (6:38) "there is just about, I'm pretty sure when I looked at it was at like sixty eight fifty or

something." KRAMER then asked, "when the hell was that?" and BEAUCHAMP replied, "last night." BEAUCHAMP then explained that she still has to withdraw money from the bank because when she met up with "Alesha" and "Crystal" they used PayPal or Cash App to pay and that won't "hit the bank until tomorrow." KRAMER then said, "so that's almost a thousand right there." BEAUCHAMP replied "correct."

69.     During the call (9:55) KRAMER told BEAUCHAMP "there should be a lot more money in that safe, I don't understand, there should be over ten thousand dollars by now." BEAUCHAMP then said, "over ten thousand dollars, why?" KRAMER replied, "cause there's a, there's was a lot of money that came into it with what I what you got, do you understand that?" BEAUCHAMP explained that when she looked on the "thing" last night she thought she saw "sixty eight fifty."

70.     During the call (17:37) KRAMER told BEAUCHAMP "...because I bought three of them for a thousand dollars, that's three thousand, that should have been eight hundred a piece." BEAUCHAMP then said "no, we didn't buy three thousand we only bought two." KRAMER then said "three" and BEAUCHAMP said, "no two, I never met him for a third one because I still, I'm only on the second one." KRAMER then said, "you gave the other kid five hundred of the second one." BEAUCHAMP replied "yeah, that's still the one that I'm on." KRAMER then said, "no it's not Becky, you got another one after that." BEAUCHAMP was adamant that she never met with the SOS for a third thousand and invited KRAMER to double check with the SOS when he gets out. KRAMER then said (18:14) "I can't do that he's in jail, he's going to the Feds, he's not going to be out to check with him." BEAUCHAMP then said, "check with his freakin' wife then."

71.     Based on the above recorded prison call, coupled with my review of various other conversations between these two individuals, I have concluded that BEAUCHAMP is running low on pills and she has about two hundred pills left and approximately seven thousand dollars in cash which she is storing in a safe within her

house.  There have been multiple calls between KRAMER and BEAUCHAMP in which the two have discussed BEAUCHAMP's purchase of the safe and her use of it to store pills and cash.  During the above call,  KRAMER and BEAUCHAMP could not agree if BEAUCHAMP had purchased two or three thousand pills from the SOS in one thousand pill quantities. KRAMER referenced BEAUCHAMP distributing five hundred pills to TFO Gilbert in conjunction with her acquisition of one thousand pills from the SOS.

72.     The above-described investigation has led to my belief that probable cause exists to search BEAUCHAMP's house, Lincoln SUV, and both her and KRAMER's cell phone which BEAUCHAMP has regularly used to conduct the amphetamine distribution operation.

73. According to Rhode Island Department of Motor Vehicle records, specifically driver's license records and vehicle registration records, BEAUCHAMP resides at 14 Redfern Street North Providence, RI.  Surveillance of 14 Redfern Street has shown a vehicle actively registered to and used by BEAUCHAMP parked on the street in front of 14 Redfern Street. Utility records show that BEAUCHAMP has an active account at 14 Redfern Street Apt2 North Providence, RI. Surveillance during the month of March has shown BEAUCHAMP  coming and going from 14 Redfern Street North Providence, RI. BEAUCHAMP has repeatedly reported to KRAMER that she is in possession of Adderall pills and is regularly selling those pills to customers.  Both KRAMER and BEAUCHAMP have repeatedly discussed the amount of cash being generated by the sales and the fact that BEAUCHAMP is keeping the cash proceeds at her home in a safe.

74.     BEAUCHAMP's vehicle, a 2012 Silver Lincoln SUV bearing RI Registration (1CL193), (VIN# 2LMDJ8JK9CBL00118) has been used by BEAUCHAMP to travel to and from drug deliveries.  She operates the vehicle on a daily basis.  I am aware from my experience and training that drug dealers, particularly retail level

dealers like BEAUCHAMP store drugs, notes, and other evidence connecting them to their drug dealing activities.

75.      BEAUCHAMP has used both her own cellular telephone, the cellular telephone assigned call number (401) 692-8822 ("Cell Phone #1"), as well as KRAMER's cell phone, the cellular telephone assigned call number (401) 300-8932 ('Cell Phone #2"), to carry out drug related communications both text messaging and voice calls.  I am aware that digital evidence including text messages related to the distribution of controlled substances, can be recovered from digital devices such as Cell Phones 1 and 2, months after the communications were made and in some instances even after the messages have been deleted.

76.      For all of the forgoing reasons, I have reason to believe and do in fact believe that evidence relating to the conspiracy to possess amphetamines with intent to distribute, 21 U.S.C. § 846, and possession of amphetamine with intent to distribute, 21 U.S.C. § 841(a) will be found within the premises located at 14 Redfern Street in North Providence, Rhode Island, BEAUCHAMP's vehicle, as well as Cell Phones 1 and 2.

Christian Jardin
ATF Special Agent

_____
ATF Special Agent Christian Jardin

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P.  4.1 by _____.

*(specify reliable electronic means)*

_____
*Date*

_____
*Judge's signature*

_____
*City and State*

_____
*Printed name and title*